# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

## WITNESS LIST  ---  CRIMINAL

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 2 7 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ M DEPUTY

☐ Motion to Suppress        ☐ Non-Jury Trial        ☒ Jury Trial

PHX

USA vs. Simmons, Antoshanna Kenya
Last, First, Middle Initial

CR-21-00775-01-DWL
Year-Case No-Deft No-Judge

☒ GOVERNMENT        ☒ DEFENDANT

| | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|---|---|---|---|
| 1. | Kelsey Cunningham, Special Agent, ATF | G/D | 10-25-22 | 10-25-22 |
| 2. | Hannah Carroll, Special Agent, ATF | G/D | | |
| 3. | Gary Spillman, Senior Industry Operations Investigator, ATF | G | 10-25-22 | 10-25-22 ; 10-26-22 |
| 4. | Anthony Keller, Tombstone Tactical | G | 10-26-22 | 10-26-22 |
| 5. | Matthew Matt Saldivar, Tombstone Tactical | G | 10-26-22 | 10-26-22 |
| 6. | Kevin Sharp, Tombstone Tactical | G | 10-26-22 | 10-26-22 |
| 7. | Robert Anthony Robles, Shooters World | G | 10-26-22 | 10-26-22 |
| 8. | Erika Gonzalez, Tamarak Gardens Apartments | G | 10-26-22 | 10-26-22 |
| 9. | Sandra Raby, Arizona Dep't of Transportation | G | 10-27-22 | 10-27-22 |
| 10. | Vladimir St. Louis, U.S. Marshal Service | G | | |
| 11. | Gregory Moore, Special Agent, ATF | G | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |