# Exhibit 1

## CERTIFICATION PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, ___Sharon Chang_________________, am employed by Cox Communications as Legal Assistance Specialist. For this matter, Cox Communications has designated me as the custodian or other qualified person for certifying the records for the business entity in this certification. I hereby certify under penalty of perjury that the following original or duplicate records are true and correct. These records relate to Antoshanna Kenya Simmons and her order of new service with Cox Communications. These records:

(A) Were made at or near the time of the occurrence of the matters set forth by or recorded therein, or from information transmitted by a person with knowledge of those matters.

(B) Were kept in the court of the regularly conducted activity of and by Cox Communications;

(C) Were made by the regularly conducted activity of Cox Communications as a regular business practice.

Sharon Chang
Custodian of the Records for Cox Communications

Sharon Chang
Print Name

Executed on __09_day of 23___, 2022.




# Your Order Details

| | |
|---|---|
| **Order Number** | 15876025 |
| **Order Summary** | Internet Essential 50 |
| **Service Address** | 4201 N 35th Ave 238, Phoenix, AZ 85017 |

We will send you another email to let you know when the order has been processe(

You can check your order status online 24/7 by selecting the 'Check Order Status' button below.

If you have any questions about your Online Order you can call us at **(855) 261-0815.**

Thanks for choosing Cox Communications. We look forward to serving you!

Sincerely,
**The Cox Team**

CHECK ORDER STATUS

**CERTIFICATION PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)**

I, Monica Price, am employed by Salt River Project Agricultural Improvement and Power District ("SRP") as Customer Service Specialist in the Customer Accounting Department at SRP. In this position, I have actual knowledge of the manner of keeping such records and full access to the records kept by SRP as it relates to this department. I have caused an examination of the records of this department and hereby certify under penalty of perjury that the following "Duplicate Bill" for dates of service from April 27, 2020 through February 17, 2021 relating to Antoshanna Simmons is a true and correct copy. This record relates to billing created by SRP and contained the address as listed by Ms. Simmons at 4201 N. 35th Avenue, Apt. 328, Phoenix, AZ 85017-3883. This record:

(A) Was made at or near the time of the occurrence of the matters set forth by or recorded therein, or from information transmitted by a person with knowledge of those matters;

(B) Was kept in the course of the regularly conducted activity of and by SRP;

(C) Was made by the regularly conducted activity of SRP as a regular business practice.

[signature]
Custodian of the Records

Monica Price
Print Name

Executed on 20 day of September, 2022.

SRP
Delivering water and power™

**DUPLICATE BILL**

srpnet.com 602-236-8888

Please Pay by
**Mar 11, 2021**

Account# xxxxx8-006
**$2,447.70**

**ANTOSHANNA SIMMONS**
4201 N 35TH AVE AP 328 PHOENIX
M-Power Plan

| Dates of Service 04/27/2020 - 02/17/2021 | |
|---|---|
| Previous Balance | $2,386.65 |
| 2/17 Interest On Deposit Applied | -$0.06 |
| 2/17 Deposit Applied To Account | -$102.50 |
| 2/17 M-Power Meter Debit | $18.64 |
| **Balance Before Charges** | **$2,302.73** |
| 2/17 M-Power Box Charge | $133.00 |
| Phoenix City Tax | $3.59 |
| County and State Tax | $8.38 |
| **This Month's Charges** | **$144.97** |
| **PLEASE PAY** | **$2,447.70** |

## MESSAGES FOR YOU

- ✓ **If you are having trouble paying your bill, we have programs and resources that may help you.** Our team is available 24/7 at **(602) 236-8888** or visit **srpnet.com/heretohelp.**
- ✓ This is your final bill. Please pay the total due by the due date.
- ✓ Your balance includes an M-Power Box Charge. Please return the M-Power Box within 24 months to receive a credit to your account. Visit srpnet.com/mpower for ways to return your M-Power Box.
- ✓ It was our pleasure to have served you. Thank you for your business.

*PLEASE RETURN THIS PORTION WHEN MAILING YOUR PAYMENT*

34L F
Account# xxxxx8-006

Please Pay by
**Mar 11, 2021** **$2,447.70**

To donate to SHARE, please add $1, $2 or $5 to your payment

**Make Check Payable To**

SRP®
***PO BOX 80062***
***PRESCOTT AZ 86304-8062***

ANTOSHANNA SIMMONS
4201 N 35TH AVE APT 328
PHOENIX AZ 85017-3883

210218000

**CERTIFICATION PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)**

I, __Lisa Daube__________, am employed by National Recovery Agency as Director of Business Services___. For this matter, National Recovery Agency has designated me as the custodian or other qualified person for certifying the records for the business entity in this certification. I hereby certify under penalty of perjury that the following original or duplicate records are true and correct. These records relate to Antoshanna Kenya Simmons. These records:

(A) Were made at or near the time of the occurrence of the matters set forth by or recorded therein, or from information transmitted by a person with knowledge of those matters;

(B) Were kept in the court of the regularly conducted activity of and by National Recovery Agency;

(C) Were made by the regularly conducted activity of National Recovery Agency as a regular business practice.

Lisa Daube
_______________________________________
Custodian of the Records for National Recovery Agency

_______Lisa Daube___________________________
Print Name

Executed on _26___day of September_, 2022.

---- rwarded message ----------
From: [illegible]team@nationalrecovery.com>
Date: Monday, March 14, 2022
Subject: SRP (SALT RIVER PROJECT) - 134838006 - Credit Bureau
To: OSHASIMMONS98@gmail.com

# NATIONAL RECOVERY AGENCY

2491 Paxton St, Harrisburg, PA 17111
Toll Free: 855-205-0582

www.NationalRecovery.com

ANTOSHANNA SIMMONS
4201 N 35TH AVE APT 328
PHOENIX, AZ 850173883

| | |
|---|---|
| NRA ID: | 21565996 |
| Statement Date: | 03/14/2022 |
| Total Due: | $2,447.70 |

Dear ANTOSHANNA SIMMONS,

We are providing this notice as a courtesy to inform you that the account(s) listed below have been reported to the credit reporting agencies Equifax, TransUnion, and Experian.

| Creditor | Creditor Account | NRA Account Number | Date | Amount | Costs | Amount Owed |
|---|---|---|---|---|---|---|
| SRP (SALT RIVER PROJECT) | 134838006 | 25844121 | 02/17/2021 | $2,447.70 | $0.00 | $2,447.70 |

Your full credit reports are available online and you are entitled to one free credit report each year from each of the three credit reporting agencies - Experian, Equifax and TransUnion – at www.annualcreditreport.com

To dispute information in your credit report or for problems with the Credit reporting Agencies, please contact Equifax, Experian, or TransUnion directly.

Equifax
P. O. Box 740256, Atlanta, GA 30374-0256 Tel: 866-349-5191
www.equifax.com

Experian
P. O. Box 4500, Allen, TX 75013-9595 Tel: 888-397-3742
www.experian.com

Trans Union
P. O. Box 2000, Chester, PA 19016-2000 Tel: 833-395-6941
ww[illegible]union.com

During the COVID-19 pandemic Equifax, Experian, and TransUnion are offering free weekly online reports through April 2021 at www.annualcreditreport.com

You may also contact National Recovery Agency to dispute an item on your report.

You may have additional collection accounts with National Recovery Agency that do not currently appear on your credit report. If you have any questions about accounts placed with our office, please contact us directly.

Payment of any undisputed balances should be made directly to this office using one of the following methods:

To pay online please visit our payment portal at www.NationalRecovery.com/PaymentPortal

To pay by check please put your NRA ID 21565996 in the memo field and remit your payments to:

National Recovery Agency
PO Box 67015
Harrisburg, PA 17106 - 7015

☎ If you have any questions or need additional assistance, please call us at 855-205-0582.

Office Hours

8:00 am - 8:30 pm EST Monday - Thursday
8:00 am - 5:00 pm EST Friday
8:00 am - 12:30 pm EST Saturday

National Recovery Agency is a debt collector attempting to collect the debt you owe to the creditor(s) listed in this communication. We will use any information obtained from you to help collect the debt.

Please note that a service charge of twenty dollars will be added to all checks returned to us by your bank as permitted by law.

The information contained in this notice, or any other notice or communication from National Recovery Agency, is not legal advice.

If your debt is past the statute of limitations, you are hereby notified of the following important consumer information: The law limits how long you can be sued on a debt. Because of the age of this debt we will not sue you for it. In many circumstances you can renew the debt and start the time period over for filing a lawsuit to recover this debt if you take specific action such as making a payment, or a written promise to pay. You should determine the effect of any action you take with respect to this debt.

This communication is from a debt collector and is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. Unless you are the addressee, or associated with the addressee for delivery purposes, you may violate these privileges and subject yourself to liability if you do anything with the transmission other than immediately delete this transmission and contact the sender by email or phone. All calls inbound and outbound are recorded and may be monitored.

This email was sent to OSHASIMMONS98@GMAIL.COM. If you no longer wish to receive these emails you may Unsubscribe at any time.